

## Search Incorporations, Cooperatives, Banks and Insurance Companies

Notice: This is only a preliminary search and no guarantee that a name is available for initial filing until a confirmation has been received from the Secretary of State after filing has been processed

Printer Friendly Version
LLC Member information is now confidential per Act 865 of 2007

Use your browser's back button to return to the Search Results

Begin New Search

For service of process contact the Secretary of State's office.

| | |
|---|---|
| Corporation Name | WALMART INC. |
| Fictitious Names | BUD'S DISCOUNT CITY<br>BUD'S WAREHOUSE OUTLET<br>BUD'S WAREHOUSE OUTLET<br>FORT SMITH REMARKETING<br>SAM'S CLUB<br>SAM'S WHOLESALE CLUB<br>WAL-MART<br>WAL-MART AVIATION<br>WAL-MART EXPRESS<br>WAL-MART NEIGHBORHOOD MARKET<br>WAL-MART NEIGHBORHOOD MARKET<br>WAL-MART SUPERCENTER<br>WAL-MART SUPERCENTER<br>WAL-MART SUPERCENTER<br>WAL-MART SUPERCENTER #1147<br>WAL-MART SUPERCENTER #8<br>WAL-MART VACATIONS<br>WALTON LIFE FITNESS CENTER |
| Filing # | 100067582 |
| Filing Type | Foreign For Profit Corporation |
| Filed under Act | For Bus Corp; 958 of 1987 |
| Status | Good Standing |
| Principal Address | |
| Reg. Agent | C T CORPORATION SYSTEM |
| Agent Address | 124 WEST CAPITOL AVENUE, SUITE 1900<br><br>LITTLE ROCK, AR 72201 |
| Date Filed | 03/31/1970 |
| Officers | SEE FILE, Incorporator/Organizer<br>RICKY YOUNG , Tax Preparer<br>C DOUGLAS MCMILLON , President<br>GORDON ALLISON , Secretary<br>WAYNE HAMILTON , Vice-President<br>MATTHEW ALLEN , Treasurer<br>DAVID CHOJNOWSKI , Controller |
| Foreign Name | N/A |
| Foreign Address | 702 SW 8TH STREET<br>BENTONVILLE, AR 72716 |
| State of Origin | DE |

**Purchase a Certificate of Good Standing for this Entity**        **Pay Franchise Tax for this corporation**

# EXHIBIT A