Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled
Firm No. 37681



* 5 0 1 0 7 7 5 4 *
FILED
9/21/2021 12:33 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L009357

FILED DATE: 9/21/2021 12:33 PM 2021L009357

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| TIFFANY BANKS | Amount Claimed: In a sum to exceed the sum of $50,000.00, plus costs |
| Plaintiff, | |
| vs. | No. |
| WALMART, INC. | |
| Defendant. | |

14699274

## COMPLAINT AT LAW

NOW COMES the Plaintiff, TIFFANY BANKS, by and through her attorneys, FRIEDMAN AND SOLMOR, LTD, and in complaining of the Defendant, WALMART, INC, states as follows:

1. That on the 31st day of October, 2019, and for some time prior thereto, the Defendant, WALMART, INC, was the owner of a store operating in accordance with the applicable law and was located at or near 3320 South Cicero in the City of Cicero, County of Cook, and State of Illinois.

2. That at all times pertinent hereto, the Defendant undertook to manage, operate, inspect, maintain, and supervise the premises referred to in (1) above.

3. That on said date, the Plaintiff, TIFFANY BANKS, was a customer at the store referred to in (1) above; and was lawfully on said premises.

EXHIBIT B

4. That at all times pertinent hereto, it was the duty of the Defendant in their management, operation, inspection, maintenance, and supervision of its premises to exercise ordinary care for the safety of the Plaintiff.

5. That notwithstanding said duty, the Defendant was guilty of one or more of the following negligent acts or omissions:

   a. failed to properly inspect the sidewalks outside their store;

   b. failed to properly maintain the sidewalks outside their store;

   c. failed to warn persons, inclusive of the plaintiff, of the dangers then and there existing when they knew or should have known of an unnatural accumulation of ice on the sidewalks outside their store;

   d. failed to properly supervise the activities of their employees who were responsible for inspection, maintenance, and warning of an unnatural accumulation of ice on the sidewalks outside of said premises; and

   e. failed to prohibit the use of or rope off the dangerous areas on the sidewalk of outside their store when they knew or should have known of its condition.

6. That as a direct and proximate result of one or more of the aforementioned negligent acts or omissions of the Defendant, the Plaintiff fell on an unnatural accumulation of ice on the sidewalk outside their store causing the Plaintiff to fall violently to the ground and resulting in her incurring injuries to various parts of her body; resulting in her experiencing pain, suffering, and mental anguish both now and in the future; requiring her to expend money for medical care and treatment; and resulting in her becoming both temporarily disabled and disfigured.

WHEREFORE, Plaintiff, TIFFANY BANKS, prays judgment against the Defendant, WALMART, INC, in a sum of money in excess of FIFTY THOUSAND DOLLARS ($50,000.00) plus costs.



\* 5 0 1 0 7 7 5 4 \*

*Guy B. Friedman*
GUY B. FRIEDMAN

FRIEDMAN & SOLMOR, LTD.
200 North La Salle Street
Suite 2750
Chicago, Illinois 60601
(312) 236-4590
Firm No. 36781

FILED DATE: 9/21/2021 12:33 PM    2021L009357